UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.
            Plaintiffs,

vs.                                        CA 04-312L

JEFFREY DERDERIAN, et al.,
            Defendants.
   :

ESTATE OF JUDE B. HENAULT, et al.,
            Plaintiffs,

vs.                                        CA 03-483L

AMERICAN FOAM CORPORATION, et al.,
            Defendants.

<u>MEMORANDUM AND ORDER</u>

Re: REPORT AND RECOMMENDATION - PLAINTIFFS' MOTION TO APPROVE SETTLEMENT WITH WEST WARWICK DEFENDANTS - DATED MAY 22, 2009

Ronald R. Lagueux, Senior United States District Judge.

    This writer cannot improve on the exceptional Report and Recommendation issued by Magistrate Judge Martin dated May 22, 2009 concerning Defendants Denis P. Larocque, Anthony Bettencourt, Stephen D. Murray, and Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick (the "West Warwick Defendants").

    Therefore, the Report and Recommendation is accepted and

adopted in total, pursuant to Title 28 United States Code § 636(b)(1).

**Enter:**

*Ronald R. Lagueux* 6/4/09
Ronald R. Lagueux
Senior United States District Judge

**So Ordered:**
on the 4th day of June, 2009

s/ Barbara J. Gilfillan
   Deputy Clerk