UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,  :
                    Plaintiffs,  :
                                              :
      vs.                                    :        CA 04-312L
                                                :
JEFFREY DERDERIAN, et al.,  :
                  Defendants.  :

ESTATE OF JUDE B. HENAULT, et al.,  :
                  Plaintiffs,  :
                          :
      vs.                                    :        CA 03-483L
                          :
AMERICAN FOAM CORPORATION, et al.,  :
                  Defendants.  :

**ERRATA SHEET RE**

**REPORT AND RECOMMENDATION**

**RE SEVEN DEFENDANTS' MOTIONS TO APPROVE SETTLEMENTS**

David L. Martin, United States Magistrate Judge

    On August 14, 2009, the Court issued a Report and Recommendation recommending granting seven additional motions to approve settlements which individual Defendants had reached with all Plaintiffs in all cases arising out of the Station Nightclub Fire.  See Report and Recommendation Re Seven Defendants' Motions to Approve Settlements (Gray Doc. #2028)(Henault Doc. #1163) ("8/14/09 Report and Recommendation Re Defendants' Motions").  The Henault document number for Luna Tech, Inc.'s Motion to

Approve "Good Faith" Settlement in Accordance with Rhode Island General Laws §§ 10-6-7 and 10-6-8 (Gray Doc. #2000)(Henault Doc. #1135) ("LTI's Motion") was inadvertently left out of the 8/14/09 Report and Recommendation Re Defendants' Motions. See id. at 2 & n.3. Accordingly, subparagraph 2 on page 2 of the 8/14/09 Report and Recommendation Re Defendants' Motions is hereby amended to read:

> 2. Luna Tech, Inc.'s Motion to Approve "Good Faith" Settlement in Accordance with Rhode Island General Laws §§ 10-6-7 and 10-6-8 (Gray Doc. #2000)**(Henault Doc. #1135)** ("LTI's Motion")[.]

Additionally, footnote 3 to subparagraph 2 is also amended to read as follows:

> ³ Luna Tech, Inc., filed a corrected motion in the Henault case. See Luna Tech, Inc.'s Corrected Motion to Approve "Good Faith" Settlement in Accordance with Rhode Island General Laws §§ 10-6-7 and 10-6-8 (Henault Doc. #1143) ("LTI's Corrected Motion"). The Court treats the original motion **(Henault Doc. #1135)** and LTI's Corrected Motion as one motion. The only substantive difference between the two motions is that in the memorandum and affidavit filed in support of LTI's Corrected Motion the date referenced for filing the Notice of Settlement "has been changed to reflect the accurate date of June 2, 2009[,] for the filing of that document in [the Henault] case." LTI's Corrected Motion at 1 n.1; see also Corrected Memorandum of Law in Support of Luna Tech, Inc.'s Motion to Approve "Good Faith" Settlement in Accordance with Rhode Island General Laws §§ 10-6-7 and 10-6-8 ("LTI's Corrected Mem.") at 1 n.1.

The changes are indicated in bold face type.

Finally, the Court's recommendation regarding Luna Tech, Inc.'s Corrected Motion to Approve "Good Faith" Settlement in

Accordance with Rhode Island General Laws §§ 10-6-7 and 10-6-8 (<u>Henault</u> Doc. #1143) ("LTI's Corrected Motion"), filed in the <u>Henault</u> case only, was not docketed due to clerical error, although LTI's Corrected Motion was addressed in the 8/14/09 Report and Recommendation Re Defendants' Motions. <u>See</u> 8/14/09 Report and Recommendation Re Defendants' Motions at 2 n.3. The Court's recommendation regarding LTI's Corrected Motion will accordingly be docketed.

<u>/s/ David L. Martin</u>
DAVID L. MARTIN
United States Magistrate Judge
September 3, 2009