UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,
    Plaintiffs,
vs.

JEFFREY DERDERIAN, et al.,          C.A. No. 04-312L
    Defendants.


ESTATE OF JUDE B. HENAULT, et al.,
    Plaintiffs,
vs.          C.A. No. 03-483L

AMERICAN FOAM CORPORATION, et al.,
    Defendants.

## ORDER

    Defendants' Assented to Motion to Declare that the Provisions of Insurance Bulletin Number 2006-4 Issued by the Rhode Island Department of Business Regulation Have Been Complied With [2057], having come before this Court, is hereby granted.

BY ORDER:

_Concetta R. [signature]_
Deputy Clerk

ENTER:

_Ronald R. Lagueux_ J.

Dated: 6/10/10

ORDER PREPARED AND PRESENTED BY:

/s/ James A. Ruggieri, Esq.
James A. Ruggieri, Esq. (#2828)
Higgins, Cavanagh & Cooney LLP
123 Dyer Street
Providence, RI 02903
Tel.: 401-272-3500
Fax: 401-273-8780
[email: JRuggieri@hcc-law.com]